U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 14 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ARDIS ALLEN | CIVIL NO. 09-25-P |
| versus | JUDGE STAGG |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including an extensive inquiry into the petitioner's "equitable tolling" objection, and determining that the findings are correct under the applicable law;[1]

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE**, sua sponte, because it is time-barred by the one-year limitation period imposed by the AEDPA.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 14th day of April, 2009.

JUDGE TOM STAGG

---

[1] See United States v. Petty, 530 F.3d 361 (5th Cir. 2008); United States v. Riggs, 314 F.3d 796 (5th Cir. 2002); United States v. Wynn, 292 F.3d 226 (5th Cir. 2002).